UNITED STATES BANKRUPTCY COURT
OR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| GARYTON COLVARD ECHOLS, III | ) | Case No. 18-22407-LSS |
| MARGARET ANITA ECHOLS, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

**DESIGNATION AS ASSET CASE
AND REQUEST TO SET CLAIMS BAR DATE**

Steven H. Greenfeld, Trustee, reports that he has reviewed the Schedules and Statements of the debtor and/or questioned the debtor and believes this case may contain assets administrable for the benefit of creditors of the estate.

The Trustee hereby asks the Clerk of the Bankruptcy Court to notify creditors to file Proof of Claims pursuant to 11 U.S.C. Section 501 and Bankruptcy Rule 3002.

Respectfully submitted,

COHEN BALDINGER & GREENFELD, LLC

Date: November 28, 2018       By: */s/ Steven H. Greenfeld*
　　　　　　　　　　　　　　　　 Steven H. Greenfeld
　　　　　　　　　　　　　　　　 2600 Tower Oaks Boulevard
　　　　　　　　　　　　　　　　 Suite 103
　　　　　　　　　　　　　　　　 Rockville, MD   20852
　　　　　　　　　　　　　　　　 (301) 881-8300
　　　　　　　　　　　　　　　　 Counsel for the Trustee

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of November 2018, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Designation will be served electronically via the Court's CM/ECF system on the following:

Kimberly Marshall, Esq.
*Counsel for the Debtor*

I hereby further certify that on the 28th day of November 2018, a copy of the foregoing Designation was also mailed, first class mail, postage prepaid to:   (NONE)

    */s/ Steven H. Greenfeld*
Steven H. Greenfeld